FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 1 2022

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00300 JM |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| FREDDIE GLADNEY, JR.; | ) | 21 U.S.C. §§ 841(b)(1)(A),(B),(C),(D) |
| FREDDIE GLADNEY, III, a/k/a | ) | 21 U.S.C. § 843(b) |
| BANKROLL FREDDIE, a/k/a | ) | 18 U.S.C. § 922(a)(6) |
| DEE DEE; | ) | 18 U.S.C. § 922(g)(1) |
| JEREMY GREEN, a/k/a JG; | ) | 18 U.S.C. § 924(c) |
| DONALD TEAGUE, a/k/a BIG D; | ) | |
| TIMOTHY PARKER, a/k/a BIG BABY; | ) | |
| ERIC AVETT; | ) | |
| DEWAYNE BAKER, a/k/a WOLF; | ) | |
| BRODERICK CHUNN, a/k/a MONEY, | ) | |
| a/k/a RODERICK CHUNN; | ) | |
| JAMAL DANIELS; | ) | |
| CLIFFORD DAVIS; | ) | |
| L C DAVIS; | ) | |
| RICKEY FOREMAN, JR., a/k/a SLIXC; | ) | |
| DARIUS FURLOW, a/k/a LIL D; | ) | |
| DEANDRE GATES, a/k/a GAMBLE; | ) | |
| JONATHON GREEN; | ) | |
| EDWARD HOUSE, II; | ) | |
| MARCUS HUGHES, a/k/a PERM; | ) | |
| MARQUIS HUNT; | ) | |
| HERSHEL JONES; | ) | |
| ANGEL KING; | ) | |
| KOBI KNIGHT; | ) | |
| JENNIFER LENAIR; | ) | |
| JOE MORGAN, III; | ) | |
| AARON NICHOLS, a/k/a A-NICK; | ) | |
| MARIO NICKSON; | ) | |
| KAJARVIS O'NEAL, a/k/a FLUTE; | ) | |
| SASHA QUAMINA; | ) | |
| ANTONIO RATTLER, a/k/a SAM; | ) | |
| DONNELL LAKEITH REED, | ) | |
| a/k/a KEITH; | ) | |
| BRANDON KINGSLEY ROBINSON; | ) | |
| NICHOLAS ROGERS, a/k/a NICK; | ) | |
| JAY SLAUGHTER; | ) | |
| MATTHEW TAYLOR; | ) | |
| KIMINISKI TEAGUE; and | ) | |
| MICHAEL WILLIAMS, a/k/a MIKE | ) | |

3

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A.       From in or about March 2021 continuing through in or about October 2022, in the

Eastern District of Arkansas and elsewhere, the defendants,

FREDDIE GLADNEY, JR.;
FREDDIE GLADNEY, III, a/k/a BANKROLL FREDDIE, DEE DEE;
JEREMY GREEN, a/k/a JG;
DONALD TEAGUE, a/k/a BIG D;
TIMOTHY PARKER, a/k/a BIG BABY;
ERIC AVETT;
DEWAYNE BAKER, a/k/a WOLF;
BRODERICK CHUNN, a/k/a MONEY, a/k/a RODERICK CHUNN;
JAMAL DANIELS;
CLIFFORD DAVIS;
L C DAVIS;
RICKEY FOREMAN, JR., a/k/a SLIXC;
DARIUS FURLOW, a/k/a LIL D;
DEANDRE GATES, a/k/a GAMBLE;
JONATHON GREEN;
EDWARD HOUSE, II;
MARCUS HUGHES, a/k/a PERM;
MARQUIS HUNT;
HERSHEL JONES;
ANGEL KING;
KOBI KNIGHT;
JENNIFER LENAIR;
JOE MORGAN, III;
AARON NICHOLS, a/k/a A-NICK;
MARIO NICKSON;
KAJARVIS O'NEAL, a/k/a FLUTE;
SASHA QUAMINA;
ANTONIO RATTLER, a/k/a SAM;
DONNELL LAKEITH REED,
a/k/a KEITH;
BRANDON KINGSLEY ROBINSON;
NICHOLAS ROGERS, a/k/a NICK;
JAY SLAUGHTER;
MATTHEW TAYLOR
KIMINISKI TEAGUE; and
MICHAEL WILLIAMS, a/k/a MIKE;

2

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

B.      With respect to DONALD TEAGUE, TIMOTHY PARKER, ERIC AVETT, and BRODERICK CHUNN, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

C.      With respect to FREDDIE GLADNEY, JR., FREDDIE GLADNEY, III, L C DAVIS, and KOBI KNIGHT, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 500 grams or more, but less than 5 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

D.      With respect to DEWAYNE BAKER, JAMAL DANIELS, CLIFFORD DAVIS, MARQUIS HUNT, HERSHEL JONES, ANGEL KING, JOE MORGAN, III, MARIO NICKSON, ANTONIO RATTLER, and BRANDON KINGSLEY ROBINSON, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the

defendant, is less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

E.    With respect to FREDDIE GLADNEY, JR., TIMOTHY PARKER, ERIC AVETT, BRODERICK CHUNN, and L C DAVIS, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 28 grams or more, but less than 280 grams, of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

F.    With respect to JAMAL DANIELS and ANTONIO RATTLER, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

G.    With respect to BRODERICK CHUNN and MARQUIS HUNT, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

H.    With respect to DONALD TEAGUE and TIMOTHY PARKER, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the

defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 50 grams or more, but less than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

J.      With respect to FREDDIE GLADNEY, JR., FREDDIE GLADNEY, III, and JEREMY GREEN, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 100 kilograms or more, but less than 1,000 kilograms, of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

K.      With respect to DONALD TEAGUE, TIMOTHY PARKER, BRODERICK CHUNN, JAMAL DANIELS, RICKEY FOREMAN, DARRIUS FURLOW, DEANDRE GATES, JONATHON GREEN, EDWARD HOUSE, II, MARCUS HUGHES, MARQUIS HUNT, JENNIFER LENAIR, AARON NICHOLS, MARIO NICKSON, KAJARVIS O'NEAL, SASHA QUAMINA, ANTONIO RATTLER, DONNELL LAKEITH REED, BRANDON KINGSLEY ROBINSON, NICHOLAS ROGERS, JAY SLAUGHTER, MATTHEW TAYLOR, KIMINISKI TEAGUE, and MICHAEL WILLIAMS, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about May 25, 2021, in the Eastern District of Arkansas, the defendant,

FREDDIE GLADNEY, III,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(D).

## COUNT 3

On or about May 25, 2021, in the Eastern District of Arkansas, the defendant,

FREDDIE GLADNEY, III,

knowingly and intentionally possessed one or more of the following firearms:

1. an Anderson Manufacturing Model AM15, multi-caliber rifle, bearing
   serial number 16110644;

2. a Glock, Model 19, 9mm pistol, bearing serial number BTNP614;

3. a Glock, Model 43X, 9mm pistol, bearing serial number BTTF330;

4. a Taurus International, Model G2C, 9mm pistol, bearing serial number
   TLW87873;

5. a Diamondback Firearms, Model DB15, 5.56 NATO caliber rifle, bearing
   serial number DB2445497; and

6. a Norinco, Model SKS Type 56, 7.62x39 rifle, bearing serial number
   18006266J;

in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a

violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment,

and a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 2 of this

Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4

A.      On or about May 25, 2021, the defendant,

FREDDIE GLADNEY, JR.,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment

exceeding one year, that is:  Possession of Controlled Substance with Intent, in Pulaski County,

Arkansas, Circuit Court in Case Number CR 2010-3273.

B.      On or about May 25, 2021, in the Eastern District of Arkansas, the

defendant,

FREDDIE GLADNEY, JR.,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.      an HS Produkt, Model XD-9, 9mm pistol, bearing serial number

XD157802; and

2.      a FN USA, Model 509, 9mm pistol, bearing serial number GKS160112.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5

A.      On or about May 25, 2021, the defendant,

BRANDON KINGSLEY ROBINSON,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment

exceeding one year, that is:  Theft of Property (<$2,500 >$500), in Faulkner County, Arkansas,

Circuit Court in Case Number CR 2009-1120.

B.      On or about May 25, 2021, in the Eastern District of Arkansas, the

defendant,

BRANDON KINGSLEY ROBINSON,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

7

1. a Smith & Wesson, model M&P9, 9mm pistol, bearing serial number
   HNJ8389; and

2. an HS Produkt, model XD-40, sub-compact Mod.2, .40 caliber pistol, bearing
   serial number BA288304.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 6

On or about May 26, 2021, in the Eastern District of Arkansas, the defendant,

FREDDIE GLADNEY, III,

knowingly counseled, commanded, induced, and procured Individual A, in connection with the

acquisition of one or more of the following firearms:

1. an HS Produkt, model XDM Elite, 9mm pistol, bearing serial number
   BA271562;

2. a Smith & Wesson, M&P 15, 5.56 caliber pistol, bearing serial number
   TS78421; and

3. a Bear Creek Arsenal, Model BCA 15, 5.56 caliber pistol, bearing serial number
   50960;

from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

to knowingly make a false and fictitious written statement to the licensed dealer of firearms on a

Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which

statement was intended and likely to deceive the licensed dealer of firearms, as to a fact material

to the lawfulness of such sale and transfer of the said firearms to Individual A under Chapter 44

of Title 18, in that Individual A stated that he was the actual transferee/buyer of the firearms

indicated on Form 4473, when in fact as Individual A then knew, Individual A was not the actual

8

transferee/buyer of the firearms, but rather was acquiring the firearms for the defendant at the defendant's direction.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## COUNT 7

On or about May 27, 2021, in the Eastern District of Arkansas, the defendant,

### FREDDIE GLADNEY, III,

knowingly counseled, commanded, induced, and procured Individual A, in connection with the acquisition of the following firearm: a Glock, Model 19 Gen 5, 9x19 caliber pistol, bearing serial number BTPN833, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, to knowingly make a false and fictitious written statement to the licensed dealer of firearms on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive the licensed dealer of firearms, as to a fact material to the lawfulness of such sale and transfer of the said firearm to Individual A under Chapter 44 of Title 18, in that Individual A stated that he was the actual transferee/buyer of the firearm indicated on Form 4473, when in fact as Individual A then knew, Individual A was not the actual transferee/buyer of the firearm but rather was acquiring the firearm for the defendant at the defendant's direction.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## COUNT 8

On or about May 28, 2021, in the Eastern District of Arkansas, the defendant,

### FREDDIE GLADNEY, III,

knowingly counseled, commanded, induced, and procured Individual A, in connection with the acquisition of the following firearm: a FN America, 509 Compact Tactical, 9mm pistol, bearing serial number GKS0159727, from a licensed dealer of firearms within the meaning of Chapter 44,

Title 18, United States Code, to knowingly make a false and fictitious written statement to the licensed dealer of firearms on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive the licensed dealer of firearms, as to a fact material to the lawfulness of such sale and transfer of the said firearm to Individual A under Chapter 44 of Title 18, in that Individual A stated that he was the actual transferee/buyer of the firearm indicated on Form 4473, when in fact as Individual A then knew, Individual A was not the actual transferee/buyer of the firearm but rather was acquiring the firearm for the defendant at the defendant's direction.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## COUNT 9

On or about October 9, 2021, in the Eastern District of Arkansas, the defendant,

JEREMY GREEN,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 10

On or about October 9, 2021, in the Eastern District of Arkansas, the defendants,

JEREMY GREEN, and
AARON NICHOLS,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 11

On or about October 9, 2021, in the Eastern District of Arkansas, the defendants,

JEREMY GREEN, and
AARON NICHOLS,

knowingly and intentionally possessed one or more of the following firearms:

1.    a Bersa SA, Model Thunder 380, .380 ACP pistol, bearing serial number
      J78964;

2.    a Sturm, Ruger & Company, Model SR40, .40 caliber S&W pistol,
      bearing serial number 34215519;

3.    an FN USA, Model FNS-40, .40 caliber pistol, bearing serial number
      GKU0105517; and

4.    a Palmetto State Armory, Model PA-15, .223 caliber pistol, bearing serial
      number PA186914;

in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a

violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment,

and a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 10 of this

Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 12

A.    On or about October 9, 2021, the defendant,

AARON NICHOLS,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment

exceeding one year, that is:  Possession of a Schedule VI  Controlled Substance with Purpose to

Deliver, in the Pulaski County, Arkansas, Circuit Court in Case Number 2015-3977.

B.    On or about October 9, 2021, in the Eastern District of Arkansas, the

defendant,

AARON NICHOLS,

11

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.    a Bersa SA, Model Thunder 380, .380 ACP pistol, bearing serial number J78964;

2.    a Sturm, Ruger & Company, Model SR40,.40 caliber S&W pistol, bearing serial number 34215519;

3.    an FHN USA, Model FNS-40, .40 caliber pistol, bearing serial number GKU0105517; and

4.    a Palmetto State Armory, Model PA-15, .223 caliber pistol, bearing serial number PA186914.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 13

On or about October 21, 2021, in the Eastern District of Arkansas, the defendant,

DEANDRE GATES,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 14

On or about October 21, 2021, in the Eastern District of Arkansas, the defendant,

DEANDRE GATES,

knowingly and intentionally possessed a firearm: that is, a Glock, Model 23 Gen 5, .40 caliber pistol, bearing serial number BTSN029, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment, and a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 13 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 15

On or about April 14, 2022, in the Eastern District of Arkansas, the defendant,

FREDDIE GLADNEY, III,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(D).

## COUNT 16

On or about April 14, 2022, in the Eastern District of Arkansas, the defendant,

FREDDIE GLADNEY, III,

knowingly and intentionally possessed one or more of the following firearms:

1. a Romarm/Cugir, model Micro Draco, 7.62x39mm, pistol, bearing serial
   number ROA 22 PMD-28522;

2. a Polymer80, model PF940C, 9mm, privately-made firearm, bearing no serial
   number; and

3. any part designed and intended solely and exclusively, and combination of
   parts designed and intended, for use in converting a weapon into a
   machinegun,

in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a

violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment,

and a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 15 of this

Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and

924(c)(1)(B)(ii).

## COUNT 17

On or about April 14, 2022, in the Eastern District of Arkansas, the defendant,

FREDDIE GLADNEY, III,

knowingly possessed one or more machineguns, that is: any part designed and intended solely and exclusively, and combination of parts designed and intended, for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 18

On or about June 23, 2022, in the Eastern District of Arkansas, the defendant,

EDWARD HOUSE, II,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 19

A.      On or about June 23, 2022, the defendant,

EDWARD HOUSE, II,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.      Theft by Receiving, in Pulaski County, Arkansas, Circuit Court in Case Number 2016-1435;

2.      Poss. of Meth/Cocaine w/ Purpose to Deliver, Possession of Controlled Substance, Schedule IV or V w/ Purpose to Deliver, and Possession of Controlled Substance, Schedule VI, w/ Purpose to Deliver in Pulaski County, Arkansas, Circuit Court in Case Number 2016-3778; and

14

3. Fleeing, in Pulaski County, Arkansas, Circuit Court in Case Number 2017-2685.

B. On or about June 23, 2022, in the Eastern District of Arkansas, the defendant,

EDWARD HOUSE, II,

knowingly possessed, in and affecting commerce, one or more rounds of the following ammunition:

1. .45 auto caliber, PMC ammunition; and

2. .380 auto caliber, PMC ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 20

On or about July 9, 2022, in the Eastern District of Arkansas, the defendant,

TIMOTHY PARKER,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)&(D).

## COUNT 21

On or about July 9, 2022, in the Eastern District of Arkansas, the defendant,

TIMOTHY PARKER,

knowingly and intentionally possessed one or more of the following firearms:

1. an Iver Johnson Arms & Cycle Works, Model Revolver 1st, .32 caliber S&W revolver, bearing serial number 9323;

2. a Taurus International Manufacturing, Model The Judge, .45 caliber

15

revolver, bearing serial number KU298501;

3.      a Forehand & Wadsworth, Model Bulldog, .38 caliber revolver, bearing

serial number 471;

4.      a Carl Walther Arms, Model UZI, .22 LR pistol, bearing serial number

W1023325; and

5.      a Glock, Model 43, 9mm pistol, bearing serial number ADTB169,

in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a

violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment,

and a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 20 of this

Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 22

A.      On or about July 9, 2022, the defendant,

TIMOTHY PARKER,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment

exceeding one year, that is: Distribution of More Than 5 Grams of Cocaine Base, in the United

States District Court for the Eastern District of Arkansas, in Case Number 4:03CR00128-01-

WRW.

B.      On or about July 9, 2022, in the Eastern District of Arkansas, the

defendant,

TIMOTHY PARKER,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.      an Iver Johnson Arms & Cycle Works, Model Revolver 1st, .32 caliber

S&W revolver, bearing serial number 9323;

2.      a Taurus International Manufacturing, Model The Judge, .45 caliber

revolver, bearing serial number KU298501;

3.      a Forehand & Wadsworth, Model Bulldog, .38 caliber revolver, bearing

serial number 471;

4.      a Carl Walther Arms, Model UZI, .22 LR pistol, bearing serial number

W1023325; and

5.      a Glock, Model 43, 9mm pistol, bearing serial number ADTB169.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 23

On or about July 9, 2022, in the Eastern District of Arkansas, the defendant,

BRODERICK CHUNN,

knowingly and intentionally possessed with intent to distribute a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance; a mixture and

substance containing a detectable amount of cocaine base, commonly known as crack cocaine;

and marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1) and 841(b)(1)(C)&(D).

## COUNT 24

A.      On or about July 9, 2022, the defendant,

BRODERICK CHUNN,

had previously and knowingly been convicted of one or more of the following crimes punishable

by a term of imprisonment exceeding one year:

1.      Domestic Battering – 3rd Degree, and Terroristic Threatening/1st Degree, in

Pulaski County, Arkansas, Circuit Court in Case Number 2005 002493; and

2. Conspiracy to possess with intent to distribute cocaine and cocaine base, in the United States District Court for the Eastern District of Arkansas in Case Number 4:05CR00109-02 JLH.

B. On or about July 9, 2022, in the Eastern District of Arkansas, the defendant,

BRODERICK CHUNN,

knowingly possessed, in and affecting commerce, one or more rounds of the following ammunition:

1. Hornady 9mm Luger ammunition; and

2. PPU .40 S&W caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 25

On or about July 9, 2022, in the Eastern District of Arkansas, the defendants,

BRODERICK CHUNN, and
MARQUIS HUNT,

knowingly and intentionally possessed with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A),(C)&(D).

## COUNT 26

On or about July 9, 2022, in the Eastern District of Arkansas, the defendant,

MARQUIS HUNT,

knowingly and intentionally possessed a firearm, that is: a Taurus, model PT92 AF, 9mm pistol, bearing serial number TJ159827, in furtherance of a drug trafficking crime prosecutable in a

18

court of the United States, that is: a violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment, and a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 25 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 27

A.    On or about July 9, 2022, the defendant,

MARQUIS HUNT,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.    Possession of Marijuana with Intent to Deliver, in Pulaski County, Arkansas, Circuit Court in Case Number CR 2002 001620;

2.    Possession of Firearm by Certain Persons, in Pulaski County, Arkansas, Circuit Court in Case Number CR 2003 001869;

3.    Possession of methylenedioxymethamphetamine (MDMA), and Possession of cocaine hydrochloride, in the United States District Court, Eastern District of Arkansas in Case Number 4:07CR00234 JLH;

4.    Fleeing, in Pulaski County, Arkansas Circuit Court in Case Number CR 2007 003503;

5.    Possession of Meth/Cocaine with Purpose to Deliver and Drug Paraphernalia, in Pulaski County, Arkansas, Circuit Court in Case Number 2016-2649;

6.    Failure to Appear, in Pulaski County, Arkansas, Circuit Court in Case Number 2017-0587; and

7.    Theft of Property and Possession of Firearms by Certain Persons, in Pulaski

County, Arkansas, Circuit Court in Case Number 2017-2124.

B.      On or about July 9, 2022, in the Eastern District of Arkansas, the

defendant,

MARQUIS HUNT,

knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus, model PT92 AF,

9mm pistol, bearing serial number TJ159827.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 28

On or about July 9, 2022, in the Eastern District of Arkansas, the defendant,

L C DAVIS,

knowingly and intentionally possessed with intent to distribute a mixture and substance

containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule

II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

## COUNT 29

On or about July 9, 2022, in the Eastern District of Arkansas, the defendant,

L C DAVIS,

knowingly and intentionally possessed one or more of the following firearms:

1.      a Winchester, Model 1400, 16 gauge shotgun, bearing serial number

135807; and

2.      a Taurus, Model G2C 9mm pistol, bearing serial number TMD30346;

in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a

violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment,

20

and a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 28 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 30

A.      On or about July 9, 2022, the defendant,

L C DAVIS,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.      Operating a Continuing Criminal Enterprise, in Ouachita County, Arkansas, Circuit Court in Case Number CR-92-188; and

2.      Conspiracy to Manufacture and Possess with Intent to Distribute Cocaine Base, in the United States District Court, Eastern District of Arkansas in Case Number 4:00CR00239-001 SWW.

B.      On or about July 9, 2022, in the Eastern District of Arkansas, the defendant,

L C DAVIS,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.      a Winchester, Model 1400, 16 gauge shotgun, bearing serial number 135807; and

2.      a Taurus, Model G2C 9mm pistol, bearing serial number TMD30346.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 31

On or about April 27, 2021, in Session 1190 (TP1), in the Eastern District of Arkansas, the defendant,

FREDDIE GLADNEY, JR.,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 32

On or about April 27, 2021, in Session 1189 (TP2), in the Eastern District of Arkansas, the defendant,

### FREDDIE GLADNEY, III,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 33

On or about July 7, 2021, in Session 358 (TP3), in the Eastern District of Arkansas, the defendant,

### JEREMY GREEN,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 34

On or about February 8, 2022, in Session 136 (TP8), in the Eastern District of Arkansas, the defendant,

DONALD TEAGUE,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 35

On or about June 10, 2022, in Session 92 (TP10), in the Eastern District of Arkansas, the defendant,

TIMOTHY PARKER,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 36

On or about June 22, 2022, in Session 2805 (TP10), in the Eastern District of Arkansas, the defendant,

ERIC AVETT,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a

controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 37

On or about May 15, 2021, in Session 4531 (TP1), in the Eastern District of Arkansas, the defendant,

DEWAYNE BAKER

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 38

On or about July 7, 2022, in Session 6389 (TP10), in the Eastern District of Arkansas, the defendant,

BRODERICK CHUNN,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 39

On or about May 15, 2021, in Session 4618 (TP1), in the Eastern District of Arkansas, the defendant,

JAMAL DANIELS,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 40

On or about April 22, 2021, in Session 469 (TP1), in the Eastern District of Arkansas, the defendant,

CLIFFORD DAVIS,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 41

On or about June 28, 2022, in Session 4206 (TP10), in the Eastern District of Arkansas, the defendant,

L C DAVIS,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 42

On or about May 18, 2021, in Session 360 (TP2), in the Eastern District of Arkansas, the defendant,

RICKEY FOREMAN, JR.,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 43

On or about June 3, 2021, in Session 874 (TP2), in the Eastern District of Arkansas, the defendant,

DARRIUS FURLOW,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 44

On or about July 29, 2021, in Session 1876 (TP3), in the Eastern District of Arkansas, the defendant,

DEANDRE GATES,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a

controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 45

On or about July 15, 2021, in Session 912 (TP3), in the Eastern District of Arkansas, the defendant,

JONATHON GREEN,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 46

On or about April 29, 2021, in Session 95 (TP1), in the Eastern District of Arkansas, the defendant,

MARCUS HUGHES,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 47

On or about February 12, 2022, in Session 741 (TP8), in the Eastern District of Arkansas, the defendant,

HERSHEL JONES,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 48

On or about May 17, 2021, in Session 4805 (TP1), in the Eastern District of Arkansas, the defendant,

ANGEL KING,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 49

On or about June 20, 2022, in Session 2532 (TP10), in the Eastern District of Arkansas, the defendant,

KOBI KNIGHT,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 50

On or about May 5, 2021, in Session 2448 (TP1), in the Eastern District of Arkansas, the defendant,

### JENNIFER LENAIR,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 51

On or about April 29, 2021, in Session 1594 (TP1), in the Eastern District of Arkansas, the defendant,

### JOE MORGAN, III,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 52

On or about July 17, 2021, in Session 993 (TP3), in the Eastern District of Arkansas, the defendant,

### AARON NICHOLS,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a

controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 53

On or about May 15, 2021, in Session 4470 (TP1), in the Eastern District of Arkansas, the defendant,

### MARIO NICKSON,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 54

On or about May 19, 2021, in Session 491 (TP2), in the Eastern District of Arkansas, the defendant,

### KAJARVIS O'NEAL,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 55

On or about September 27, 2021, in Session 2389 (TP3), in the Eastern District of Arkansas, the defendant,

SASHA QUAMINA,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 56

On or about May 3, 2021, in Session 2148 (TP1), in the Eastern District of Arkansas, the defendant,

ANTONIO RATTLER,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 57

On or about July 21, 2021, in Session 1271 (TP3), in the Eastern District of Arkansas, the defendant,

NICHOLAS ROGERS,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 58

On or about May 19, 2021, in Session 496 (TP2), in the Eastern District of Arkansas, the defendant,

JAY SLAUGHTER,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 59

On or about June 1, 2021, in Session 1849 (TP2), in the Eastern District of Arkansas, the defendant,

MATTHEW TAYLOR,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 60

On or about July 2, 2021, in Session 105 (TP3), in the Eastern District of Arkansas, the defendant,

KIMINISKI TEAGUE,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a

controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 61

On or about July 9, 2021, in Session 529 (TP3), in the Eastern District of Arkansas, the defendant,

MICHAEL WILLIAMS,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATION 1

Upon conviction of Counts 1, 2, 9, 10, 13, 15, 18, 20, 23, 25, 28, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60 or 61 of this Indictment, the defendants, FREDDIE GLADNEY, JR., FREDDIE GLADNEY, III, JEREMY GREEN, DONALD TEAGUE, TIMOTHY PARKER, ERIC AVETT, DEWAYNE BAKER, BRODERICK CHUNN, JAMAL DANIELS, CLIFFORD DAVIS, L C DAVIS, RICKEY FOREMAN, JR., DARIUS FURLOW, DEANDRE GATES, JONATHON GREEN, EDWARD HOUSE, II, MARCUS HUGHES, MARQUIS HUNT, HERSHEL JONES, ANGEL KING, KOBI KNIGHT, JENNIFER LENAIR, JOE MORGAN, III, AARON NICHOLS, MARIO NICKSON, KAJARVIS O'NEAL, SASHA QUAMINA, ANTONIO RATTLER, DONNELL LAKEITH REED,  BRANDON KINGSLEY ROBINSON, NICHOLAS ROGERS, JAY SLAUGHTER, MATTHEW TAYLOR, KIMINISKI TEAGUE, and MICHAEL WILLIAMS, shall forfeit to the

United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense, including, but not limited to, the following specific property:

1.   Jewelry seized from Freddie Gladney, III;

2.   $71,160.00 seized from Jennifer Lenair and Freddie Gladney, Jr.;

3.   $216,200.00 seized from Jeremy Green;

4.   $1,001.00 seized from Jeremy Green;

5.   $14,980.00 seized from Deandre Gates;

6.   Jewelry seized from Deandre Gates;

7.   $209,103.00 seized from Broderick Chunn;

8.   2013 Jeep, VIN:  1C4BJWDG1DL577754 seized from Broderick Chunn;

9.   $1,085.00 seized from L C Davis; and

10.  Jewelry seized from Donnell Lakeith Reed and Tynkia Reed.

## FORFEITURE ALLEGATION 2

Upon conviction of Count  1, 2, 9, 10, 13, 15, 18, 20, 23, 25, 28, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60 or 61 of this Indictment, the defendants, FREDDIE GLADNEY, JR., FREDDIE GLADNEY, III, JEREMY GREEN, DONALD TEAGUE, TIMOTHY PARKER, ERIC AVETT, DEWAYNE BAKER, BRODERICK CHUNN, JAMAL DANIELS, CLIFFORD DAVIS, L C DAVIS, RICKEY FOREMAN, JR., DARIUS FURLOW, DEANDRE GATES, JONATHON GREEN, EDWARD HOUSE, II, MARCUS HUGHES, MARQUIS HUNT, HERSHEL JONES, ANGEL KING, KOBI KNIGHT, JENNIFER LENAIR, JOE MORGAN, III, AARON NICHOLS, MARIO NICKSON, KAJARVIS O'NEAL, SASHA QUAMINA, ANTONIO RATTLER, DONNELL LAKEITH REED,  BRANDON KINGSLEY ROBINSON, NICHOLAS ROGERS, JAY SLAUGHTER,

MATTHEW TAYLOR, KIMINISKI TEAGUE, and MICHAEL WILLIAMS,, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including, but not limited to, the following specific property:

1.      $71,160.00 seized from Jennifer Lenair and Freddie Gladney, Jr.;

2.      $216,200.00 seized from Jeremy Green;

3.      $1,001.00 seized from Jeremy Green;

4.      $14,980.00 seized from Deandre Gates;

5.      $209,103.00 seized from Broderick Chunn;

6.      2013 Jeep, VIN:  1C4BJWDG1DL577754 seized from Broderick Chunn;

and

7.      $1,085.00 seized from L C Davis.

## FORFEITURE ALLEGATION 3

Upon conviction of one or more of the offenses charged in Count 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, or 61 of this Indictment, the defendants, FREDDIE GLADNEY, JR., FREDDIE GLADNEY, III, JEREMY GREEN, DONALD TEAGUE, TIMOTHY PARKER, ERIC AVETT, DEWAYNE BAKER, BRODERICK CHUNN, JAMAL DANIELS, CLIFFORD DAVIS, L C DAVIS, RICKEY FOREMAN, JR., DARIUS FURLOW, DEANDRE GATES, JONATHON GREEN, EDWARD HOUSE, II, MARCUS HUGHES, MARQUIS HUNT, HERSHEL JONES, ANGEL KING, KOBI KNIGHT, JENNIFER LENAIR, JOE MORGAN, III, AARON NICHOLS, MARIO NICKSON, KAJARVIS O'NEAL, SASHA QUAMINA, ANTONIO RATTLER, DONNELL LAKEITH REED,   BRANDON KINGSLEY ROBINSON, NICHOLAS ROGERS, JAY

SLAUGHTER, MATTHEW TAYLOR, KIMINISKI TEAGUE, and MICHAEL WILLIAMS,, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property:

1.  an Anderson Manufacturing Model AM15, multi-caliber rifle, bearing serial number 16110644;

2.  a Glock, Model 19, 9mm pistol, bearing serial number BTNP614;

3.  a Glock, Model 43X, 9mm pistol, bearing serial number BTTF330;

4.  a Taurus International, Model G2C, 9mm pistol, bearing serial number TLW87873;

5.  a Diamondback Firearms, Model DB15, 5.56 NATO caliber rifle, bearing serial number DB2445497;

6.  a Norinco, Model SKS Type 56, 7.62x39 rifle, bearing serial number 18006266J;

7.  a Bersa SA, Model Thunder 380, .380 ACP pistol, bearing serial number J78964;

8.  a Sturm, Ruger & Company, Model SR40, .40 caliber S&W pistol, bearing serial number 34215519;

9.  an FN USA, Model FNS-40, .40 caliber pistol, bearing serial number GKU0105517;

10. a Palmetto State Armory, Model PA-15, .223 caliber pistol, bearing serial number PA186914;

11. a Glock, Model 23 Gen 5, .40 caliber pistol, bearing serial number

BTSN029;

12.    a Romarm/Cugir, model Micro Draco, 7.62x39mm, pistol, bearing serial number ROA 22 PMD-28522;

13.    a Polymer80, model PF940C, 9mm, privately-made firearm, bearing no serial number;

14.    a machinegun, that is, a Glock conversion device;

15.    an Iver Johnson Arms & Cycle Works, Model Revolver 1st, .32 caliber S&W revolver, bearing serial number 9323;

16.    a Taurus International Manufacturing, Model The Judge, .45 caliber revolver, bearing serial number KU298501;

17.    a Forehand & Wadsworth, Model Bulldog, .38 caliber revolver, bearing serial number 471;

18.    a Carl Walther Arms, Model UZI, .22 LR pistol, bearing serial number W1023325;

19.    a Glock, Model 43, 9mm pistol, bearing serial number ADTB169;

20.    a Taurus, model PT92 AF, 9mm pistol, bearing serial number TJ159827;

21.    a Winchester, Model 1400, 16 gauge shotgun, bearing serial number 135807;

22.    a Taurus, Model G2C, 9mm pistol, bearing serial number TMD30346;

23.    an HS Produkt, Model XD-9, 9mm pistol, bearing serial number XD157802;

24.    a FN USA, Model 509, 9mm pistol, bearing serial number GKS160112;

25.    a Smith & Wesson, model M&P9, 9mm pistol, bearing serial number HNJ8389;

26.     an HS Produkt, model XD-40, sub-compact Mod.2, .40 caliber pistol, bearing serial number BA288304;

27.     Multiple rounds of .45 auto caliber, PMC ammunition;

28.     One round of .380 auto caliber, PMC ammunition;

29.     Multiple rounds of Hornady 9mm Luger ammunition;

30.     Multiple rounds of PPU .40 S&W caliber ammunition; and

31.     a Taurus, Model G2C 9mm pistol, bearing serial number TMR32350.